# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| NICOLE SHANDS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:09CV00333 SWW |
| VIRGIL LYNCH; ET AL. | * | |
| | * | |
| Defendants | * | |

## ORDER

Before the Court is the parties' joint motion for dismissal with prejudice. The parties report that the remaining claims in this case have been settled. The motion (docket entry #28) is GRANTED, and this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS   28th   DAY OF FEBRUARY, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE